UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

RAUL KUILON,

        Defendant.

Case No. 25-MJ-3670-AHG

**NOTICE OF RELATED CASE**

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Trina Stephanie Rupley, Case No. 25-MJ-3691-AHG and United States of America v. Jeane Wong, Case No. 25-MJ-3710-AHG pursuant to CrimLR 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

__x__ (2) Prosecution against different defendants arises from:

    _____ (a) A common wiretap

    _____ (b) A common search warrant

    __x__ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: July 24, 2025.

ADAM GORDON
United States Attorney