4

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>RAUL KUILON,<br><br>                    Defendant. | Case No.: <u>25cr2968-DMS</u><br><u>25-mj-3670-AHG</u><br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C.,<br>Sec. 111 (a)(1) - Assault on<br>a Federal Officer (Felony) |

The United States Attorney charges:

On or about July 2, 2025, within the Southern District of California, defendant RAUL KUILON did forcibly assault a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security Investigations Special Agent S. Flanagan, while Special Agent S. Flanagan was engaged in and on account of the performance of his official duties, such acts involving physical contact with Special S. Flanagan by striking Special S. Flanagan on the arm; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: <u>July 30, 2025</u>.

ADAM GORDON
United States Attorney

*Evangeline Dech*

EVANGELINE A. DECH
Assistant U.S. Attorney

EAD:7/30/2025