ADAM GORDON
United States Attorney
EVANGELINE A. DECH
Assistant U.S. Attorney
California Bar No.: 326832
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9744
Email: evangeline.dech@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>RAUL JUNIOR KUILON,<br><br>                Defendant. | Case No.: 25-cr-2968-DMS<br><br>**UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and Evangeline A. Dech, Assistant United States Attorney, respectfully requests, pursuant to Rule 48, Federal Rules of Criminal Procedure, that the Court dismiss, without prejudice, the Information in the above-entitled case in the interests of justice. Since this case was filed, the United States has received additional information that has caused the pursuit of this prosecution to be reevaluated. Accordingly, the United States now seeks to dismiss this case.

DATED: August 25, 2025                                        Respectfully submitted,

                                                                                      ADAM GORDON
                                                                                      United States Attorney

                                                                                      */s/ Evangeline A. Dech*
                                                                                       Assistant United States Attorney