# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL JUNIOR KUILON,<br><br>Defendant. | Case No.: 25-cr-2968-DMS<br><br>**JUDGMENT AND ORDER DISMISSING THE INFORMATION WITHOUT PREJUDICE** |

Good cause appearing, the Court **GRANTS** the United States' Motion to Dismiss the Information without Prejudice.

**IT IS SO ORDERED.**

Dated: August 25, 2025

_____
Hon. Dana M. Sabraw
United States District Judge