FILED
SEP 17 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 25-CR-2968-DMS |
|---|---|
| Plaintiff, | **ORDER GRANTING APPLICATION TO RETURN PASSPORT** |
| vs. | |
| RAUL KUILON, | |
| Defendant. | |

This Court has reviewed and considered the ex parte Application. **GOOD CAUSE, THEREFORE, HAVING BEEN SHOWN**, this Court grants the application, and it is hereby **ORDERED** as follows:

United States Pretrial Services shall return Raul Kuilan's[1] passport.

**SO ORDERED.**

Dated: 9/17/2025

_____
Allison Goddard
United States Magistrate Judge

---

[1] The docket in this case incorrectly spells Defendant's name as "Kuilon."

- 25-CR-2968-DMS